# Court of Appeals, State of Michigan

## ORDER

Todd Peck v Rachel Patricia Ann Peck

Docket No.   332814

LC No.   14-052965-DM

David H. Sawyer

Presiding Judge

Jane E. Markey

Colleen A. O'Brien

Judges

The Court orders that the October 10, 2016 opinion is hereby AMENDED to correct a clerical error. The opinion is corrected to read November 10, 2016 as the date of the opinion.

In all other respects, the opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

NOV 1 8 2016
_____
Date

_____
Chief Clerk